IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLEATER MIMMS,<br><br>     Plaintiff,<br><br>v.<br><br>VALLEY HOSPITAL, et al.,<br><br>     Defendants. | Civil Action No.: 11-986 (CCC)(JAD)<br><br>REPORT AND RECOMMENDATION |

THIS MATTER having been opened to the Court by Defendants by letter dated February 27, 2012; and

WHEREAS, by Order dated January 25, 2012, this Court ordered Plaintiff to serve her initial disclosures and discovery requests within thirty (30) days and further ordered that if Plaintiff failed to comply with her discovery obligations within thirty (30) days the case would be dismissed pursuant to Federal Rule of Civil Procedure 37(b); and

WHEREAS by letter dated February 27, 2012, Defendant informed this Court that Plaintiff had failed to comply with the January 25, 2012 Order and requested the case be dismissed;

IT IS on this 5th day of March, 2012

RECOMMENDED that this case is dismissed pursuant to Federal Rule of Civil Procedure 37(b).

_____
JOSEPH A. DICKSON, U.S.M.J.

cc: Claire C. Cecchi, U.S.D.J.