# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CLEATER MIMMS, | Civil Action No.: 11-cv-986 (CCC) |
| Plaintiff, | |
| v. | |
| VALLEY HOSPITAL, ET AL., | **O R D E R** |
| Defendants, | |

This matter comes before the Court by way of Defendants' letter, dated February 27, 2012, requesting that Plaintiff's case be dismissed. (Docket No. 11). On January 25, 2012, Magistrate Judge Joseph A. Dickson ordered Plaintiff to serve her initial disclosures and discovery requests within thirty (30) days and further ordered that if Plaintiff failed to comply with her discovery obligations within thirty (30) days, the case would be dismissed pursuant to Fed. R. Civ. P. 37(b). (Docket No. 10). On February 27, 2012, Defendants informed Judge Dickson that Plaintiff had failed to comply with the January 25, 2012 Order. On March 5, 2012, Judge Dickson issued a Report and Recommendation that Plaintiff's case be dismissed pursuant to Fed. R. Civ. P. 37(b). No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation dated March 5, 20120, and for substantially the same reasons stated therein,

IT IS on this 23rd day of March, 2012

**ORDERED** that this Court adopts Judge Dickson's March 5, 2012 Report and Recommendation and thus dismisses Plaintiff's complaint pursuant to Fed. R. Civ. P. 37(b).

_s/ Claire C. Cecchi_
**HON. CLAIRE C. CECCHI**
**United States District Judge**